UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| CARL AND JANICE HILL,<br><br>                Plaintiffs,<br><br>    vs.<br><br>AUTO-OWNERS INS. CO.,<br><br>                Defendant. | 5:14-CV-05037-KES<br><br><br><br>JUDGMENT OF DISMISSAL |

Pursuant to the parties' stipulation for dismissal, it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice and without costs to any of the parties.

Dated December 8, 2015.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE